AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

## APPEARANCE

Case Number: 04-30046-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jonathan Frederick

I certify that I am admitted to practice in this court.

9-23-04
Date

Signature

Norman C. Michaels     552.57
Print Name              Bar Number

500 Main St
Address

Springfield,  MA  01__
City            State      Zip Code

413-787 9.34    __-2438
Phone Number              Fax Number