UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 04-30046-MAP

UNITED STATES OF AMERICA,

v.

ALBERT INNARELLI, *et al.*

## NOTICE OF THE DEFENDANT, JONATHAN FREDERICK, REGARDING AUTOMATIC DISCLOSURE

In accordance with Local Rule 116.1, the defendant in the above-referenced, Jonathan Frederick, states that no waiver will be filed and requests that the government provide automatic discovery pursuant to and in accordance with Local Rule 116.1(C).

Dated: September 30, 2004

THE DEFENDANT,
JONATHAN FREDERICK,

By: _____
Mark J. Albano, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103
Tel. No.: (413) 736-6971
Fax No.: (413) 746-9224
Email: malbano@dalsey-ferrara.com
B.B.O. No.: 013860

1

## CERTIFICATE OF SERVICE

I, Mark J. Albano, Esq., hereby certify that a copy of the foregoing document was served upon the following person(s) via first class mail, on this the 30th day of September, 2004:

> William M. Welch, Assistant U.S. Attorney
> U.S. Department of Justice
> FEDERAL BUILDING and COURTHOUSE
> 1550 Main Street, Room 310
> Springfield, MA 01103

_____
Mark J. Albano, Esq.

2