UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 04-30046-MAP

UNITED STATES OF AMERICA,

v.

ALBERT INNARELLI, *et al.*

## MOTION OF NORMAN C. MICHAELS TO WITHDRAW APPEARANCE FOR THE DEFENDANT, JONATHAN FREDERICK

Norman C. Michaels hereby moves, pursuant to Local Rule 83.5.2 (c), to withdraw his appearance as counsel for the defendant in the above-referenced, Jonathan Frederick. As grounds for this motion, the movant states that (1) this motion is preceded by the filing and service of a notice of the appearance of Mark J. Albano as successor counsel for Jonathan Frederick; (2) there are no motions pending before the court; (3) no trial date has been set; (4) no hearings or conferences are scheduled except for a Status Conference which Attorney Albano will attend on November 15, 2004; and (4) no reports, oral or written, are due.

Dated:    October 4, 2004

By:_____
Norman C. Michaels, Esq.
1500 Main St. - PO Box 15228
Springfield, MA 01115-5228
Tel. No.: (413)747-9134
Fax: (413)788-7438
BBO No.: 552157

CERTIFICATE OF SERVICE

I, Norman C. Michaels, Esq., hereby certify that on this 4th day of October 2004, I served a copy of the above Motion of Norman C. Michaels to Withdraw Appearance for the defendant, Jonathan Frederick upon the parties in the action by mailing, postage prepaid, to:

Jonathan Frederick, 88 Jennie Circle, Agawam, MA 01001

William M. Welch, Assistant U.S. Attorney, U.S. Department of Justice, Federal Building and Courthouse, 1550 Main Street, Room 310, Springfield, MA 01103

Vincent A. Bongiorni 95 State Street, Springfield, MA 01103

Maria R. Durant, Dwyer & Collora, LLP, 600 Atlantic Avenue, 12th Floor, Boston, MA 02210

Steven W. Leary, 95 State Street, Suite 309, Springfield, MA 01103

Mark G. Mastroianni, 95 State Street, Suite 309, Springfield, MA 01103

Mark D. Sullivan, Keyes & Donnellan, P.C., 1243 Main Street, Springfield, MA 01103

Robert T. Santaniello, Santaniello, Posnik & Basile, P.C., 83 State Street, Springfield, MA 01103

Mark J. Albano, Dalsey & Ferrara, 73 State St., Springfield, MA 01103

Daniel D. Kelly, Robinson & Donovan, P.C., 1500 Main Street, Suite 1600, Springfield, MA 01115

Subscribed under the penalties of perjury.

Norman C. Michaels, Esq.

2