UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.

CASE NO. 04-30046-MAP

JONATHAN FREDERICK

### NOTICE OF HEARING

PONSOR           D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for CHANGE OF PLEA HEARING ON APRIL 14, 2006 AT 10:00 A.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

MARCH 27, 2006                    By:    /s/Elizabeth A. French
        Date                                        Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**