UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 04-30046-MAP

UNITED STATES OF AMERICA,

v.

ALBERT INNARELLI, *et al.*

**MOTION OF THE DEFENDANT, JONATHAN FREDERICK,
TO EXTEND TIME FOR FILING MATERIALS
CONCERNING THE CALCULATION OF LOSS**

Jonathan Frederick, a defendant in the above-referenced, hereby moves that the Court amend its *Order Re; Presentence Proceedings*, entered on May 8, 2006 (hereinafter "the Order"), to the extent that the Order is applicable to him, by extending the time for him to file materials concerning the calculation of loss in this matter from June 2, 2006 to July 28, 2006. As grounds for this motion, the defendant states that:

1.  The defendant is scheduled to be sentenced on September 21, 2006 at 3:00 p.m.;

2.  Under the Order, to the extent that it applicable to him,[1] the defendant may request additional documents from the government on or before June 9, 2006 and the government response to any such request is not due until June 23, 2006.

3.  Without knowledge of what the government's response may be as to such any document request, the defendant cannot reasonably comply with the June 2, 2006

---

[1] The Order states that "all defendants whose sentencing dates permit it *may* participate in the following schedule, either individually or through joint submissions with other defendants." (emphasis added).

1

deadline in the Order to file "individual or joint motions regarding sentencing generally, and particularly the issue of the appropriate method for calculating loss."

4. Several other defendants in this proceeding have filed similar motions to extend this June 2, 2006 deadline to July 28, 2006.

For these reasons, the defendant, Jonathan Frederick, respectfully requests that the Court amend its May 8, 2006 *Order Re; Presentence Proceedings*, to the extent that the Order is applicable to him, by extending the time for him to file materials concerning the calculation of loss in this matter from June 2, 2006 to July 28, 2006, and by establishing a consistent schedule for opposition to and hearings on any such motion.

Dated: May 31, 2006

THE DEFENDANT,
JONATHAN FREDERICK,

By: /s/ Mark J. Albano
Mark J. Albano, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103
Tel. No.: (413) 736-6971
Fax No.: (413) 746-9224
Email: malbano@dalsey-ferrara.com
B.B.O. No.: 013860

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies have been sent to the parties indicated below which on this date was a non-registered participant:

James Bergenn
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

Gary A. Ensor
34 Bridge St.
South Hadley, MA 01075

Mark D Sullivan
73 Chestnut Street
Springfield, MA 01103

_____
Mark J. Albano, Esq.