✤AO 458 (Rev. USAO-MA 09/04) Appearance

## UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

UNITED STATES

v.                                                              **APPEARANCE**

ALBERT INNARELLI ET AL

                                        Case Number:   04-CR-30046-MAP

To the Clerk of this court and all parties of record:

　　　Enter my appearance as counsel in this case for    United States of America

　　　I certify that I am admitted to practice in this court.

_September 13, 2006_               _/s/ Todd Newhouse_
Date                                          Signature

                                        Todd Newhouse
                                        Print Name                              Bar Number

                                        1550 Main Street, Room 310
                                        Address

                                        Springfield              MA    01103
                                        City                     State   Zip Code

                                        413-785-0109         413-785-0394
                                        Phone Number                         Fax Number