UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CR-N-04-30046-MAP |
| ) | |
| v. ) | |
| ) | |
| **JONATHAN FREDERICK,** ) | |
| ) | |
| <u>         **Defendant.**    </u> ) | |

**<u>GOVERNMENT'S U.S.S.G. §5K1.1 MOTION FOR JONATHAN FREDERICK</u>**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Paul Hart Smyth, Assistant United States Attorney, hereby files this §5K1.1 Motion on behalf of Jonathan Frederick.  After review by the Substantial Assistance Committee, the Committee recommends a 40 month term of incarceration, which equals a thirty percent (30 %) departure from the low end of the Guideline range as calculated by the Government.

The Government has filed an accompanying statement of facts under seal for the Court's consideration.

Filed this 21st day of September, 2006.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                               <u>/s/ Paul Hart Smyth         </u>
                              Paul Hart Smyth
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          September 21, 2006


    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronic service upon:

Attorney Mark Albano


                                    /s/ Paul Hart Smyth
                                    Paul Hart Smyth
                                    Assistant United States Attorney