AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

United States of America

v.

Albert Innarelli

**APPEARANCE**

Case Number:     04cr30046

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/21/06 | *(signature)* |
| Date | Signature |

PAUL H. SMYTH     634600
Print Name     Bar Number

U.S. Attorney's Office, 1550 Main Street, #310
Address

Springfield     MA     01103
City     State     Zip Code

413-785-0235     413-785-0394
Phone Number     Fax Number