✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

United States of America

v.  **APPEARANCE**

Jonathan Frederick

Case Number:   04cr30046

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

9\21\06
Date

Signature

PAUL H. SMYTH                634600
Print Name                              Bar Number

U.S. Attorney's Office, 1550 Main Street, #310
Address

Springfield          MA    01103
City                      State           Zip Code

413-785-0235         413-785-0394
Phone Number                          Fax Number