✪AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

                      DISTRICT OF                  MASSACHUSETTS

United States of America

v.                                      **APPEARANCE**

Jonathan Frederick

                                                  Case Number:    04cr30046

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    United States of America

    I certify that I am admitted to practice in this court.

| 9/21/06 | /s/ Paul H. Smyth |
|---|---|
| Date | Signature |
| | PAUL H. SMYTH           634600 |
| | Print Name                                        Bar Number |
| | U.S. Attorney's Office, 1550 Main Street, #310 |
| | Address |
| | Springfield        MA    01103 |
| | City                         State               Zip Code |
| | 413-785-0235        413-785-0394 |
| | Phone Number                      Fax Number |