**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-2535

UNITED STATES

Appellant

v.

JONATHAN FREDERICK

Defendant - Appellee

**JUDGMENT**

Entered: November 30, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/30/06

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**
By: _____
Chief Deputy Clerk.

[cc: Paul Hart Smyth, AUSA, Todd E. Newhouse, AUSA, William M. Welch, AUSA, Dina Michael Chaitowitz, AUSA, Mark J. Albano, Esq., Jonathan Frederick]